1

The Honorable Robert S. Lasnik

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9

10 | AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON; AMERICAN CIVIL

11 | LIBERTIES UNION OF MONTANA; and
AMERICAN CIVIL LIBERTIES UNION OF

12 | NORTH DAKOTA,

Case No. C17-0562RSL

13 | Plaintiffs,

**STIPULATION AND ~~PROPOSED~~**

14 | v.

**ORDER FOR EXTENSION OF
DEADLINE TO RESPOND TO**

15 | **COMPLAINT**

16 | U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. CUSTOMS AND

(Note for consideration:
  May 10, 2017)

17 | BORDER PROTECTION,

18 | Defendants.

19

20

Defendants the United States Department of Homeland Security ("DHS") and United

21

States Customs and Border Protection ("CBP") respectfully request a 45-day extension of their

22

deadline to respond to the Complaint, until June 29, 2017 and request that the Court extend the

23

deadline for the parties to submit a Joint Status Report and Discovery Plan.  Plaintiffs do not

24

oppose this request.

25

Accordingly, the parties, by and through their counsel of record, hereby STIPULATE

26

AND AGREE to an extension of the following deadlines:

27

28

United States Department of Justice
Federal Programs Branch
20 Massachusetts Ave., NW Washington, DC 20530
(202) 616-8016

Stipulation and ~~Proposed~~ Order Extending Time to Respond
Case No. C17-0562RSL          1

| Description | Old Deadline | New Deadline |
|---|---|---|
| Deadline to respond to Complaint | May 15, 2017 | June 29, 2017 |
| Deadline for Joint Status Report | May 26, 2017 | July 20, 2017 |

Good cause exists for this extension. Plaintiffs filed the Complaint in this action under the Freedom of Information Act on April 12, 2017. (*See* ECF No. 1.) Plaintiffs served the Summons and Complaint in this action upon the United States Attorney for the Western District of Washington on April 14, 2017. Pursuant to 5 U.S.C. § 544(a)(4)(C), Defendants' response to the Complaint is due by May 15, 2017, provided Plaintiffs have perfected service in accordance with Federal Rule of Civil Procedure 4(i). On May 8, 2017, Defendants filed with the Judicial Panel on Multidistrict Litigation ("JPML") a Motion for Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated and Consolidated Pretrial Proceedings, seeking transfer of this and twelve other actions pending in other federal district courts to the United States District Court for the District of Columbia. Defendants intend to file a motion to stay the proceedings in this action pending a decision by the JPML on Defendants' motion to transfer, and Defendants have been advised that their motion for a temporary stay will be opposed. The extension will ensure that Defendants' motion to stay may be submitted to this Court before pre-trial proceedings in this action commence, and that Defendants will have the time they require to respond to the Complaint in the event that their stay motion is denied.

Dated: May 10, 2017

Respectfully submitted,

(*signatures on following page*)

United States Department of Justice
Federal Programs Branch
20 Massachusetts Ave., NW Washington, DC 20530
(202) 616-8016

1  CHAD A. READLER
   Acting Assistant Attorney General
2
   ANNETTE L. HAYES
3  United States Attorney

4  ELIZABETH J. SHAPIRO
   Deputy Director, Federal Programs Branch
5
    /s/ Matthew J. Berns
6  MATTHEW J. BERNS
   Trial Attorney
7  United States Department of Justice
   Civil Division, Federal Programs Branch
8  20 Massachusetts Ave., NW
   Washington, DC 20530
9  Tel.: (202) 616-8016; Fax: (202) 616-8470
   Email: matthew.j.berns@usdoj.gov
10
   *Attorneys for Defendants U.S. Department*
11 *of Homeland Security and U.S. Customs and*
   *Border Protection*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Eric M. Stahl
ERIC M. STAHL
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel.: (206) 622-3150
Fax.: (206) 757-7148
Email: ericstahl@dwt.com

*Attorneys for Plaintiffs American*
*Civil Liberties Union*

Stipulation and Proposed Order Extending Time to Respond
Case No.C17-0562RSL                                    3

1

~~[PROPOSED]~~ ORDER

2        The parties having so stipulated and agreed, it is hereby SO ORDERED.  The Clerk is

3    directed to send copies of this Order to all counsel of record.

4

5        DATED this ___11th___ day of ___May___ , 2017.

6

7

8                                   Hon. Robert S. Lasnik
                                    United States District Judge
9

10

11    Presented by:

12

13

14    /s/ Matthew J. Berns
      MATTHEW J. BERNS
15    Trial Attorney
      United States Department of Justice
16    Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW
17    Washington, DC 20530
      Tel.: (202) 616-8016; Fax: (202) 616-8470
18    Email:  matthew.j.berns@usdoj.gov

19

20

21

22

23

24

25

26

27

28
                                                    United States Department of Justice
                                                        Federal Programs Branch
                                        20 Massachusetts Ave., NW Washington, DC 20530
      Stipulation and ~~Proposed~~ Order Extending Time to Respond        (202) 616-8016
      Case No.C17-0562RSL                4