UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CASE NO. C17-0562RSL<br><br>ORDER EXTENDING TIME TO SUBMIT JOINT STATUS REPORT |

This matter comes before the Court on the "Joint Status Report and Discovery Plan" submitted by the parties. Dkt. # 26. Defendants are still searching for and processing records responsive to plaintiffs' Freedom of Information Act ("FOIA") request. The parties therefore jointly request an extension of time until August 25, 2017, to submit another joint status report. The request is GRANTED.

Dated this 28th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME TO
SUBMIT JOINT STATUS REPORT - 1