The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON; AMERICAN CIVIL LIBERTIES UNION OF MONTANA; and AMERICAN CIVIL LIBERTIES UNION OF NORTH DAKOTA,<br><br>                    Plaintiffs,<br><br>         v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>                    Defendants. | Case No.: 2:17-cv-00562-MJP<br><br>**STIPULATION FOR ORDER EXTENDING PRODUCTION DEADLINE; ORDER THEREON** |

WHEREAS, in this action, Defendants are required to complete their review and processing of records identified as potentially responsive to Plaintiffs' request under the Freedom of Information Act ("FOIA") and produce any responsive, non-exempt records identified in that review by January 16, 2018; and

WHEREAS Defendants anticipate that they will be able to complete that review, processing, and production of non-exempt, responsive records by that date, save for approximately 150 records, for which Defendants anticipate they will be able to complete review, processing, and production to Plaintiffs by January 19, 2018; and

Stipulation for Order Extending Prod Deadline - 1
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367

WHEREAS Defendants have requested an additional three days—through January 19, 2018—in which to complete review, processing, and production of those approximately 150 records; and

WHEREAS Plaintiffs have no objection to a three-day extension of the production deadline for the completion of review, processing, and production of those approximately 150 records;

NOW THEREFORE, the parties, through their respective counsel, do hereby stipulate and agree that that the Court may make and enter the following order:

Defendants shall complete their review and processing of the remaining, approximately 150 outstanding records identified as potentially responsive to Plaintiffs' FOIA request, and produce to Plaintiffs all non-exempt, responsive records, by January 19, 2018.

SO STIPULATED.

Dated:  January 10, 2018

Respectfully submitted,

Davis Wright Tremaine LLP

By _/s/_____
Eric M. Stahl, WSBA #27619
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 757-8148
Fax: (206) 757-7148
E-mail: ericstahl@dwt.com

Emily Chiang, WSBA #50517
American Civil Liberties Union of
Washington Foundation
901 Fourth Avenue, #630
Seattle, WA  98164
Email: echiang@aclu-wa.org

*Attorneys for Plaintiffs*
*American Civil Liberties Union of*
*Washington, American Civil Liberties*
*Union of Montana, and American Civil*
*Liberties Union of North Dakota*

United States Department of Justice

By _/s/_____
Jason Lee
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC  20001
Tel.: (202) 514-3367
Fax: (202) 616-8470
Email: Jason.Lee3@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*Attorneys for Defendants*
*U.S. Department of Homeland Security and U.S.*
*Customs and Border Protection*

Stipulation for Order Extending Prod Deadline - 2
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367

1

**ORDER**

2

3       IT IS SO ORDERED.

4

5                                        DATED:  This _____ day of January 2018.

6

7

8       _____
        MARSHA J. PECHMAN
9       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulation for Order Extending Prod Deadline - 3          United States Department of Justice
Case No. 2:17-cv-00562-MJP                                 Civil Division, Federal Programs Branch
                                                           20 Massachusetts Ave. NW Washington D.C. 20001
                                                           (202) 514-3367

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2018, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system.  I certify that the following

parties or their counsel of record are registered as ECF filers and that they will be served by the

CM/ECF system:

Emily Chiang
ACLU OF WASHINGTON
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel: (206) 624-2184
Email: echiang@aclu-wa.org

Eric M Stahl
DAVIS WRIGHT TREMAINE
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 628-7762
Email: ericstahl@dwt.com

*Attorneys for Plaintiffs American Civil Liberties Union of Washington, American Civil Liberties Union of Montana, and American Civil Liberties Union of North Dakota*

/s/ Jason Lee_____
Jason Lee

Stipulation for Order Extending Prod Deadline - 4
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367