The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON; AMERICAN CIVIL LIBERTIES UNION OF MONTANA; and AMERICAN CIVIL LIBERTIES UNION OF NORTH DAKOTA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | Case No.: 2:17-cv-00562-MJP<br><br>**STIPULATION FOR ORDER EXTENDING PRODUCTION DEADLINE; ORDER THEREON** |

WHEREAS, in this action, Defendants are required to complete their review and processing of records identified as potentially responsive to Plaintiffs' request under the Freedom of Information Act ("FOIA") and produce any responsive, non-exempt records identified in that review by January 16, 2018; and

WHEREAS Defendants anticipate that they will be able to complete that review, processing, and production of non-exempt, responsive records by that date, save for approximately 150 records, for which Defendants anticipate they will be able to complete review, processing, and production to Plaintiffs by January 19, 2018; and

Stipulation for Order Extending Prod Deadline - 1
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367

WHEREAS Defendants have requested an additional three days—through January 19, 2018—in which to complete review, processing, and production of those approximately 150 records; and

WHEREAS Plaintiffs have no objection to a three-day extension of the production deadline for the completion of review, processing, and production of those approximately 150 records;

NOW THEREFORE, the parties, through their respective counsel, do hereby stipulate and agree that that the Court may make and enter the following order:

Defendants shall complete their review and processing of the remaining, approximately 150 outstanding records identified as potentially responsive to Plaintiffs' FOIA request, and produce to Plaintiffs all non-exempt, responsive records, by January 19, 2018.

SO STIPULATED.

Dated: January 10, 2018

Respectfully submitted,

| | |
|---|---|
| Davis Wright Tremaine LLP | United States Department of Justice |
| By /s/ <br> Eric M. Stahl, WSBA #27619 <br> 1201 Third Avenue, Suite 2200 <br> Seattle, WA 98101-3045 <br> Telephone: (206) 757-8148 <br> Fax: (206) 757-7148 <br> E-mail: ericstahl@dwt.com <br><br> Emily Chiang, WSBA #50517 <br> American Civil Liberties Union of Washington Foundation <br> 901 Fourth Avenue, #630 <br> Seattle, WA 98164 <br> Email: echiang@aclu-wa.org <br><br> *Attorneys for Plaintiffs* <br> *American Civil Liberties Union of Washington, American Civil Liberties Union of Montana, and American Civil Liberties Union of North Dakota* | By /s/ <br> Jason Lee <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Avenue NW <br> Washington, DC 20001 <br> Tel.: (202) 514-3367 <br> Fax: (202) 616-8470 <br> Email: Jason.Lee3@usdoj.gov <br><br> CHAD A. READLER <br> Acting Assistant Attorney General <br><br> ANNETTE L. HAYES <br> United States Attorney <br><br> ELIZABETH J. SHAPIRO <br> Deputy Director, Federal Programs Branch <br><br> *Attorneys for Defendants* <br> *U.S. Department of Homeland Security and U.S. Customs and Border Protection* |

Stipulation for Order Extending Prod Deadline - 2
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367

## ORDER

IT IS SO ORDERED.

DATED: This **12**th day of January 2018.

*/s/ Marsha J. Pechman*
MARSHA J. PECHMAN
United States District Judge

Stipulation for Order Extending Prod Deadline - 3
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system:

Emily Chiang
ACLU OF WASHINGTON
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel: (206) 624-2184
Email: echiang@aclu-wa.org

Eric M Stahl
DAVIS WRIGHT TREMAINE
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 628-7762
Email: ericstahl@dwt.com

*Attorneys for Plaintiffs American Civil Liberties Union of Washington, American Civil Liberties Union of Montana, and American Civil Liberties Union of North Dakota*

<u>/s/ Jason Lee</u>
Jason Lee

Stipulation for Order Extending Prod Deadline - 4
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367