The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON; AMERICAN CIVIL
LIBERTIES UNION OF MONTANA; and
AMERICAN CIVIL LIBERTIES UNION OF
NORTH DAKOTA,

                Plaintiffs,

     v.

U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. CUSTOMS AND
BORDER PROTECTION,

                Defendants.

Case No.: 2:17-cv-00562-MJP

**STIPULATION FOR ORDER
CONTINUING DEADLINE TO
SUBMIT JOINT STATUS
REPORT; ORDER THEREON**

      WHEREAS Defendants have produced non-exempt records responsive to Plaintiffs'

request under the Freedom of Information Act ("FOIA") pursuant to the terms of the Court's

Orders dated October 20, 2017 (ECF No. 36) and January 12, 2018 (ECF No. 40); and

      WHEREAS the parties are required to submit a joint status report and proposed case

schedule to the Court by January 31, 2018; and

      WHEREAS the parties require additional time in which to meet and confer regarding

Defendants' response to Plaintiffs' FOIA request and a proposed case schedule;

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367

NOW THEREFORE, the parties, through their respective counsel, do hereby stipulate and agree that that the Court may make and enter the following order:

The deadline for the parties' forthcoming joint status report and proposed case schedule, currently due by January 31, 2018, is hereby continued for thirty days and shall be filed by March 2, 2018.  That filing should provide (without limitation):

1.  The status of Defendants' response to Plaintiffs' FOIA request, and

2.  A proposed briefing schedule for dispositive motions, if appropriate.

SO STIPULATED.

Dated:  January 29, 2018

Respectfully submitted,

Davis Wright Tremaine LLP

By _/s/_____
Eric M. Stahl, WSBA #27619
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 757-8148
Fax: (206) 757-7148
E-mail: ericstahl@dwt.com

Emily Chiang, WSBA #50517
American Civil Liberties Union of
Washington Foundation
901 Fourth Avenue, #630
Seattle, WA  98164
Email: echiang@aclu-wa.org

*Attorneys for Plaintiffs*
*American Civil Liberties Union of*
*Washington, American Civil Liberties*
*Union of Montana, and American Civil*
*Liberties Union of North Dakota*

United States Department of Justice

By _/s/_____
Jason Lee
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC  20001
Tel.: (202) 514-3367
Fax: (202) 616-8470
Email: Jason.Lee3@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*Attorneys for Defendants*
*U.S. Department of Homeland Security and U.S.*
*Customs and Border Protection*

Stipulation for Order Continuing JSR Deadline - 2
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367

1

## ORDER

2

3   IT IS SO ORDERED.

4

5   DATED: This _____ day of January 2018.

6

7

8   MARSHA J. PECHMAN
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulation for Order Continuing JSR Deadline - 3
Case No. 2:17-cv-00562-MJP

## CERTIFICATE OF SERVICE

1

2     I hereby certify that on the 29th day of January, 2018, I electronically filed the

3   foregoing with the Clerk of Court by using the CM/ECF system.  I certify that the following

4   parties or their counsel of record are registered as ECF filers and that they will be served by the

5   CM/ECF system:

6         Emily Chiang
          ACLU OF WASHINGTON
7         901 Fifth Avenue, Suite 630
          Seattle, WA 98164
8         Tel: (206) 624-2184
          Email: echiang@aclu-wa.org
9
          Eric M Stahl
10        DAVIS WRIGHT TREMAINE
          1201 Third Avenue, Suite 2200
11        Seattle, WA 98101-3045
          Tel: (206) 622-3150
12        Fax: (206) 628-7762
          Email: ericstahl@dwt.com
13
          *Attorneys for Plaintiffs American Civil Liberties Union of Washington, American Civil
14        Liberties Union of Montana, and American Civil Liberties Union of North Dakota*

15

16                                      */s/ Jason Lee*_____
                                        Jason Lee
17

18

19

20

21

22

23

24

25

26

27

Stipulation for Order Continuing JSR Deadline - 4
Case No. 2:17-cv-00562-MJP