The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON, et al., | No. C17-00562-MJP |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Upon consideration of the parties' Joint Status Report and Joint Motion to Set Case Deadlines, it is hereby

**ORDERED** that the Joint Motion is **GRANTED**; it is further

**ORDERED** that any discovery that might occur in the above-captioned matter shall be completed by November 1, 2018; it is further

**ORDERED** that any dispositive motions shall be filed by January 31, 2019.

Joint Motion to Set Case Deadlines, proposed order -1
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367

SO ORDERED, this ___3rd____ day of __May__, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:
Davis Wright Tremaine LLP

By /s/
Eric M. Stahl, WSBA #27619
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8148
Fax: (206) 757-7148
E-mail: ericstahl@dwt.com

Emily Chiang, WSBA #50517
American Civil Liberties Union of
Washington Foundation
901 Fourth Avenue, #630
Seattle, WA 98164
Email: echiang@aclu-wa.org

*Attorneys for Plaintiffs*
*American Civil Liberties Union of Washington, American Civil Liberties Union of Montana, and American Civil Liberties Union of North Dakota*

United States Department of Justice

By /s/
Jason Lee
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20001
Tel.: (202) 514-3367
Fax: (202) 616-8470
Email: Jason.Lee3@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*Attorneys for Defendants*
*U.S. Department of Homeland Security and U.S. Customs and Border Protection*

Joint Motion to Set Case Deadlines, proposed order -2
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20001
(202) 514-3367