The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. C17-00562-MJP <br><br> ▬▬▬▬▬ ORDER |

Upon consideration of Defendants' Consent Motion to Stay Case in Light of Lapse of Appropriations, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the above-captioned case, including the January 31, 2019 deadline for filing dispositive motions, is hereby **STAYED**; it is further

**ORDERED** that within thirty days of the restoration of appropriations for the Department of Justice, the parties shall file a Joint Status Report updating the Court on the status of the case and proposing a briefing schedule for dispositive motions, if necessary.

Consent Motion to Stay Case, ▬▬▬▬▬ -1
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW Washington D.C. 20001
(202) 514-3367

SO ORDERED, this __23__ day of __January__, 2019.

_____
The Honorable Marsha J. Pechman

Presented by:

United States Department of Justice

By _/s/_____
Jason Lee
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20001
Tel.: (202) 514-3367
Fax: (202) 616-8470
Email: Jason.Lee3@usdoj.gov

JODY HUNT
Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*Attorneys for Defendants*
*U.S. Department of Homeland Security and U.S.*
*Customs and Border Protection*

Consent Motion to Stay Case, ▓▓▓▓▓▓▓ -2
Case No. 2:17-cv-00562-MJP

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW Washington D.C. 20001
(202) 514-3367