The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON; AMERICAN CIVIL LIBERTIES UNION OF MONTANA; and AMERICAN CIVIL LIBERTIES UNION OF NORTH DAKOTA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | Case No.: 2:17-cv-00562-MJP<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate that all claims against Defendants shall hereby be dismissed with prejudice, and that the Order below dismissing those claims may be entered.

SO STIPULATED AND AGREED this 25th day of February, 2019.

//

//

//

STIPULATION AND ORDER FOR DISMISSAL - 1
4817-4328-4873v.1 0200495-000009

| | |
|---|---|
| Davis Wright Tremaine LLP | United States Department of Justice |
| By_/s/Eric M. Stahl_____<br>Eric M. Stahl, WSBA #27619<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>Telephone: (206) 757-8148<br>Fax: (206) 757-7148<br>E-mail: ericstahl@dwt.com | By_/s/Jason Lee_____ _____<br>Jason Lee<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC  20005<br>Tel.: (202) 514-3367<br>Fax: (202) 616-8470<br>Email: Jason.Lee3@usdoj.gov |
| Emily Chiang, WSBA #50517<br>American Civil Liberties Union of Washington Foundation<br>901 Fourth Avenue, #630<br>Seattle, WA  98164<br>Email: echiang@aclu-wa.org | JODY HUNT<br>Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| *Attorneys for Plaintiffs*<br>*American Civil Liberties Union of Washington, American Civil Liberties Union of Montana, and American Civil Liberties Union of North Dakota* | *Attorneys for Defendants*<br>*U.S. Department of Homeland Security and U.S. Customs and Border Protection* |

STIPULATION AND ORDER FOR DISMISSAL - 2
4817-4328-4873v.1 0200495-000009

**ORDER**

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims herein against Defendants be dismissed with prejudice.

Dated this ___ day of _____, 2019.

_____
The Honorable Marsha J. Pechman

STIPULATION AND ORDER FOR DISMISSAL - 3
4817-4328-4873v.1 0200495-000009

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Dated this 25th day of February, 2019.

*/s/Eric M. Stahl*
Eric M. Stahl, WSBA #27619

STIPULATION AND ORDER FOR DISMISSAL - 4
4817-4328-4873v.1 0200495-000009